■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY P. MEYERS, Appellant. [954 NYS2d 511]—Appeal from a judgment of the Supreme Court, Erie County (M. William Boller, A.J.), rendered September 12, 2011. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

■ In the Matter of CHRISTOPHER HYNES, Petitioner, v BRIAN FISCHER, Commissioner, Department of Corrections and Community Supervision, Respondent. [954 NYS2d 511]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered May 8, 2012) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Centra, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.